Prob12B
(7-93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Lamar Thomas    **Case Number:** 06-10039

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** 10/7/07

**Original Offense:** Felon in Possession of Firearm, in violation of 18 U.S.C. §922

**Original Sentence:** 63 months custody followed by three years of supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 8/20/10

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

**The defendant is to reside at a Residential Reentry Center (RRC), preferably the Lawrence CAC, for a period of 90 days, or until such time as a suitable residence is located and approved by the Probation Office.**

### CAUSE

Mr. Thomas was released on 8/20/10, without the benefit of residing at an RRC prior to his release. Mr. Thomas has proposed two residences, both of which have been found to be inappropriate based upon the fact that they are either federally subsidized or Section 8, and his previous convictions make him a prohibited occupant. In view of this, the Probation Office recommended, and Mr. Thomas has agreed, to reside at an RRC for 90 days, or until such time as he is able to locate a suitable residence, approved by the Probation Office.

Your Honor will find Probation Form 49 executed by Mr. Thomas and agreeing to the amendment to his conditions of Supervised Release. If Your Honor concurs with our position, please affix your signature below.

Reviewed/Approved by:                          Respectfully submitted,

_____       By  _____
John G. Marshall                                    Lisa Dubé
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                    Date: 9/14/10

## THE COURT ORDERS
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

Date  9/22/10